UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>           Defendant. | No.  2:15-cv-2302-MCE-CMK-P<br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 22, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  ECF No. 8.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed September 22, 2016 (ECF No. 8), are

ADOPTED IN FULL;

2. Plaintiff's motion for temporary restraining order (ECF No. 7) is DENIED.

IT IS SO ORDERED.

Dated: March 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE